Case 1:16-cv-08156-JMF   Document 29   Filed 06/26/17   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANSUL LURIO,

         Plaintiff,

    -against-

WANTED PIZZA, INC., MOBILE GURU 2, INC.
and FULTON CHAMBERS RETAIL LLC,

         Defendants.

Case No. 16 CV 8156

STIPULATION OF DISMISSAL

    Plaintiff and defendant, FULTON CHAMBERS RETAIL LLC, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an agreement among them, to the voluntary dismissal of the above-captioned action, without prejudice, so that the Court retains jurisdiction, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Consent Stipulation. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: June 23, 2017

Rosenfeld & Kaplan, LLP

By: _____
Tab Rosenfeld, Esq.
1180 Avenue of the Americas, Suite 1920
New York, NY 10036
Attorneys for Defendant
Fulton Chambers Retail LLC

_____
Donald J. Weiss, Esq.
363 Seventh Avenue, 4th Floor
New York, NY 10001
Attorney for Plaintiff

So Ordered:

_____
USDCJ

June 23, 2017

The Court understands from counsel that all claims have been settled against all defendants, so the Clerk of Court is directed to close the case, without prejudice to an application to reopen by any party as to Defendants Wanted Pizza, Inc., and Mobile Guru 2, Inc., no later than 30 days from the date of this endorsement. All conferences are cancelled. All motions are moot.

7